UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHELSIE M. SANTILLAN,<br>Plaintiff,<br>v.<br>ROBERT T. MATSUI COURT OF SACRAMENTO COUNTY TERROR, *et al*,<br>Defendants. | Case No. 3:26-cv-00337-ART-CLB<br><br>ORDER |

The Complaint in this action was filed on May 8, 2026. (ECF No. 1). The Court issued a notice of intent to dismiss defendants Robert T. Matsui Court of Sacramento County Terror, Committee of Bar Examiners for CA, Mark Kerrison, and District Attorney for Sacramento County under Fed. R. Civ. P. 4(m) unless proof of service is filed by September 6, 2026. (ECF No. 3.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against defendants Robert T. Matsui Court of Sacramento County Terror, Committee of Bar Examiners for CA, Mark Kerrison, and District Attorney for Sacramento County are dismissed without prejudice.

Accordingly, the Clerk of Court is directed to close this case.

DATED this 21st day of October, 2026.

Anne R. Traum
United States District Court Judge